**Attachment 1**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.:

NU-ERA TELLECOMMUNICATIONS, INC,
d/b/a UNION TELECOM,
A Florida corporation

                    Plaintiff,

vs.

X WIRELESS, LLC., a Delaware limited
liability company

                    Defendant.
_____/

### COMPLAINT FOR ACCOUNT STATED AND OPEN ACCOUNT

PLEASE TAKE NOTICE that Plaintiff, Nu-Era Telecommunications, Inc. d/b/a Union Telecom ("Plaintiff"), sues the Defendant, X Wireless, LLC. ("Defendant"), stating as follows:

### PARTIES AND JURISDICTION AND FACTS COMMON AS TO ALL COUNTS

1. This is an action for damages within the jurisdiction of this Court.

2. Plaintiff is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

3. Defendant is a Delaware limited liability company doing business in the State of Florida.

4. The transactions that are the subject matter of this complaint took place in Miami-Dade County, Florida, and the monies to be paid to Plaintiff in this transaction were to be paid by Defendant to Plaintiff in Miami-Dade County, Florida.

5. All of the subject transactions were brokered by a Consultant, Jordan Hantman, hired on a unit delivery commission basis, to secure agreements with telecommunications importers. The Consultant provided referrals only and was never involved in any contract discussions,

negotiations, or contract/invoice executions.

6. Plaintiff became aware that the Consultant was also employed by Defendant, but were made aware that the services rendered were permissible ancillary services with regard to the Consultants employment with Defendant.

7. Defendant now claims the Consultant was not permitted to provide Plaintiff with consulting services despite the fact that the services rendered by Consultant had no bearing on any of the sums claimed to be due Plaintiff by Defendant.

8. All conditions precedent to the filing of this action has either been performed, or have been waived.

## COUNT I - ACCOUNT STATED

9. Plaintiff readopts and reavers allegations 1-5 above.

10. Before the institution of this action, Plaintiff and Defendant had business transactions between them and on May 23, 2022, agreed to the resulting balance.

11. Plaintiff rendered a statement of it to Defendant, a copy being attached as Exhibit "A", and Defendant did not object to the statement.

12. Defendant owes Plaintiff $1,513,136.00, with interest beginning on October 22, 2021, on the account.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, plus costs and interest.

## COUNT TWO - OPEN ACCOUNT

Plaintiff readopts and reavers allegations 1-5 above.

13. Defendant owes Plaintiff $1,513,136.00 with interest beginning in October 22, 2021, according to the account attached hereto as Exhibit "A".

WHEREFORE, Plaintiff demands judgment for damages against Defendant, plus costs and

interest.

Dated: _____, 2022.

GOVERNMENT LAW GROUP, PLLC

***Counsel for Plaintiff***
200 S. Andrews Avenue, Suite 601
Fort Lauderdale, Florida 33301
Telephone: (954) 909-0580
Email:  akipnis@govlawgroup.com

By: ___*[s] Alan G. Kipnis*___
     ALAN G. KIPNIS
     Florida Bar No.: 181788

# UNION TELECOM

1688 MERIDIAN AVE
SUITE 700
MIAMI BEACH FL 33139

# Invoice

| Date | Invoice # |
|---|---|
| 5/23/2022 | 1011 |

**Bill To**
X Wireless LLC
6100 Executive BLVD
Suite 202
Rockville MD 20852

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | Due Date |
|---|---|---|---|---|---|
| | Due on receipt | | 5/23/2022 | | 5/23/2022 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 17,560 | Shipping and Ha... | Shipping and handling SHK2200019 FTL#1 17560 | 8.00 | 140,480.00 |
| 15,120 | Shipping and Ha... | Shipping and Handling SHK2200052 FTL#2 15120 | 8.00 | 120,960.00 |
| 15,120 | Shipping and Ha... | Shipping and Handling SHK2200076 FTL#3 15120 | 8.00 | 120,960.00 |
| 14,462 | Shipping and Ha... | Shipping and Handling SHK2200114-116 FTL#4 6245 | 8.00 | 115,696.00 |
| 17,240 | Shipping and Ha... | Shipping and Handling FTL#5 CFSSEA220010 17240 | 8.00 | 137,920.00 |
| 18,600 | Shipping and Ha... | Shipping and Handling FTL#6 18600 Units | 8.00 | 148,800.00 |
| 14,640 | Shipping and Ha... | Shipping and Handling FTL#7 14640 Units | 8.00 | 117,120.00 |
| 15,120 | Shipping and Ha... | Shipping and Handling FTL#8 SHK2200154 15120 Units | 8.00 | 120,960.00 |
| 14,880 | Shipping and Ha... | Shipping and Handling FTL#9 14880 Units SHK2200155 | 8.00 | 119,040.00 |
| 15,120 | Shipping and Ha... | Shipping and Handling FTL#10 SHK2200175 15120 Units | 8.00 | 120,960.00 |
| 16,160 | Shipping and Ha... | Shipping and Handling FTL#11 16160 Units | 8.00 | 129,280.00 |
| 15,120 | Shipping and Ha... | Shipping and Handling FTL#12 15120 Units | 8.00 | 120,960.00 |

Please send your payment to:
Nu Era Telecommunications Inc
CHASE BANK
ABA for Wires: 021000021
Routing for ACH: 267084131
Account Number: 769871119


EXHIBIT "A"

**$1,513,136.00**

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,513,136.00** |